UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN E. COOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No.  2:20-cv-1780 KJN P<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND REQUIRING RESPONSIVE PLEADING BY DEFENDANT DR. LAMEER |

    Plaintiff is a state prisoner, proceeding through counsel.  Defendant CDCR filed a request to be excused from the early settlement conference due to, *inter alia*, the complexity of the issues and the need for formal discovery.  Upon review of the request, the undersigned finds good cause to grant defendant's request.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant's request to opt out of the settlement conference (ECF No. 16) is granted;

    2. The December 2, 2021 settlement conference before the Honorable Allison Claire, U.S. Magistrate Judge, is vacated;

    3. The writ of habeas corpus ad testificandum requiring plaintiff's appearance by videoconference (ECF No. 15) is vacated;

    4. The stay of this action is lifted;

5.  Defendant Lameer shall file a responsive pleading within fourteen days from the date of this order; and

6.  The Clerk of the Court is directed to serve a copy of this order on the Warden of California State Prison, Los Angeles County, P.O. Box 8457, Lancaster, California  93539; and to serve a copy of this order via fax on the Litigation Office at California State Prison, Los Angeles County at (661) 729-6994 or via email.

Dated:  November 17, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cook1780.optout