IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHAWN EDWARD COOKS,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br><br>　　　　　　　　　　Defendants. | 2:20-cv-01780 KJN P<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:　　　　Honorable Kendall J. Newman<br>Trial Date:　　TBA<br>Action Filed:　April 6, 2021 |

Having considered the stipulation of the parties to modify the discovery and scheduling order, and for good cause appearing, IT IS HEREBY ORDERED that the June 7, 2022 stipulation (ECF No. 26) is approved, and the discovery and scheduling order (ECF No. 19), as modified on April 18, 2022 (ECF No. 25) is modified as follows:

　　1.　　Discovery completion date is continued to September 15, 2022; and

　　2.　　Deadline to file pre-trial motions is continued to December 8, 2022.

In all other respects, the discovery and scheduling order (ECF No. 19) remains in effect.

Dated:  June 9, 2022

/cook1780.mod.stip2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE