UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN EDWARD COOKS, | No. 2:20-cv-1780 DAD KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel.  This action proceeds on plaintiff's Eighth Amendment and state law claims against defendant Dr. Lameer.  On May 17, 2023, the undersigned recommended that plaintiff's motion to amend be denied and that plaintiff be granted thirty days in which to notify the court whether he intended to renew his motion to amend, and if he chose to amend, provide the putative amended complaint.  (ECF No. 37.)  However, instead of waiting for the district court to address the findings and recommendations, plaintiff renewed the motion to amend on June 16, 2023, to which defendant CDCR objected.  (ECF No. 38, 39.)  As argued by defendant CDCR, plaintiff's motion to amend was filed prematurely.  Accordingly, the June 16, 2023 renewed motion to amend is denied as premature.  Plaintiff is granted twenty-one days from the date of this order to re-file the renewed motion to amend.

1

IT IS HEREBY ORDERED that:

1. Plaintiff's renewed motion to amend (ECF No. 38) is vacated as prematurely filed; and

2. Plaintiff is granted twenty-one days from the date of this order to re-file the motion to amend along with the proposed amended complaint.

Dated: September 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cook1780.pre