UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN EDWARD COOKS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:20-cv-01780-DAD-CSK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 42, 43, 47) |

Plaintiff Shawn Edward Cooks is a state prisoner proceeding with counsel in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 16, 2024, the previously assigned magistrate judge issued findings and recommendations recommending that plaintiff's renewed motion for leave to file a second amended complaint (Doc. No. 42) be denied and that defendant Mohamed Zareem Lameer's unopposed motion for determination of good faith settlement (Doc. No. 43) be granted. (Doc. No. 47.) Further, because plaintiff reached a settlement as to his claims brought against defendant Lameer (the only remaining named defendant in this action), and plaintiff did not substitute any named defendant for any Doe defendant, the magistrate judge also recommended that the court decline to exercise supplemental jurisdiction over the state law claims brought by plaintiff against the Doe defendants and that this action be dismissed. (*Id.* at 16–17.) The

1

pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 17–18.) No objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on January 16, 2024 (Doc. No. 47) are adopted in full;

2. Plaintiff's renewed motion for leave to file a second amended complaint (Doc. No. 42) is denied;

3. Defendant Lameer's motion for determination of good faith settlement (Doc. No. 43) is granted;

    a. Plaintiff and defendant Lameer's good faith settlement shall bar any other joint tortfeasor or co-obligor from any claims against defendant Lameer for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault;

4. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims;

5. Plaintiff's state law claims brought against defendant Does 1–50 are therefore dismissed, without prejudice; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE